UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STAR SHIPPING A/S,

                        Plaintiff,

- against -

JAKHAU SALT COMPANY PVT LTD.
a/k/a JAKHAU SALT COMPANY PRIVATE LTD.,
a/k/a JAKHAU SALT COMPANY PVT LTD.,
CHENNAI,

                        Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                        NONE.

Dated: January 11, 2008
       New York, NY

                        The Plaintiff,
                        STAR SHIPPING A/S

                        By: _____
                        Patrick F. Lennon
                        Nancy R. Peterson
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        pfl@lenmur.com
                        nrp@lenmur.com