CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STAR SHIPPING A/S,                                :
                                                  :
                                                  :
                       Plaintiff,                 :   **08-CV-00226**
                                                  :
            v.                                    :   **NOTICE OF**
                                                  :   **APPEARANCE**
JAKHAU SALT COMPANY PVT LTD., a/k/a               :
JAKHAU SALT COMPANY PRIVATE LTD.                  :
a/k/a JAKHAU SALT COMPANY PVT LTD.,               :
CHENNAI,                                          :
                                                  :
                       Defendants.                :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 4, 2008

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

            By: _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ 07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email: reisert@navlaw.com