

Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

mail@lenmur.com

April 30, 2008

*By facsimile (212) 805-6382*
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-08
```

Re: **Star Shipping A/S v. Jakhau Salt Company Pvt. Ltd.**
Docket #: 08 Civ. 0226 (VM)
Our Ref: 1332

Dear Judge Marrero:

In response to your Honor's Order dated April 15, 2008, we write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference currently scheduled in this matter for Friday, May 9, 2008 at 11:15 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about January 11, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York in the total amount of $853,307.57.

Pursuant to service of the Writ and Ex-Parte Order, garnishee bank, Bank of America, restrained the Defendant's funds in the approximate amount of $ 22,979.51. Plaintiff continues to serve the Writ of attachment in the hopes of becoming fully secured.

Despite the notice of attachment, Defendant has failed to file an answer or otherwise appear in this action. In light of the foregoing, we respectfully request that the pre-trial conference scheduled for Friday, May 9, 2008 at 11:15 a.m. be adjourned and this matter be placed on the suspense calendar while Plaintiff continues to serve. If the Defendant appears at a later date it may request a conference at that time.

This is Plaintiff's first request for an adjournment. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Request GRANTED. The initial status conference herein is cancelled. Plaintiff is directed to submit a status report on this matter within 90 days of this Order. The Clerk of Court is directed to place this case on the Court's suspense docket.

SO ORDERED:

5-1-08
DATE   VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Nancy R. Peterson (Siegel)

Patrick F. Lennon · Charles E. Murphy · Kevin J. Lennon · Nancy R. Siegel · Anne C. LeVasseur · Coleen A. McEvoy