

| Lennon, Murphy & Lennon, LLC | The GrayBar Building | Tide Mill Landing |
|---|---|---|
| ATTORNEYS AT LAW | 420 Lexington Ave., Suite 300<br>New York, NY 10170<br>phone (212) 490-6050<br>fax (212) 490-6070<br>www.lenmur.com | 2425 Post Rd, Suite 302<br>Southport, CT 06890<br>phone (203) 256-8600<br>fax (203) 256-8615<br>mail@lenmur.com |

July 29, 2008

**By facsimile (212) 805-6382**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08
```

Re: Star Shipping A/S v. Jakhau Salt Company Pvt. Ltd.
Docket #: 08 Civ. 0226 (VM)
Our Ref: 1332

Dear Judge Marrero:

As directed by the Court's Order dated May 1, 2008, we write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about January 11, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York in the total amount of $853,307.57.

Pursuant to service of the Writ and Ex-Parte Order, garnishee bank, Bank of America, restrained the Defendant's funds in the approximate amount of $22,979.51. Plaintiff continues to serve the Writ of attachment in the hopes of becoming fully secured. As to the underlying proceeding, Plaintiff initiated arbitration in London on its claims and submitted its initial claim submission on or about May 20, 2008. Plaintiff now awaits Defendant's reply submission. Plaintiff ultimately intends to enforce the arbitration award to be issued in its favor against the funds attached in New York

Despite the notice of attachment, Defendant has failed to file an answer or otherwise appear in this action. In light of the foregoing, we respectfully request that this matter remain on the suspense calendar while the arbitration is pending.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

*[handwritten signature]*

Nancy R. Siegel

*[Handwritten stamp: Request GRANTED. The Clerk of Court is directed to maintain this action on the Court's Suspense Docket pending the conclusion of the related arbitration. Plaintiff is directed to advise the Court on the status of the case within 90 days of the date of this Order.*
*SO ORDERED.*
*DATE: 7-29-08*
*VICTOR MARRERO, U.S.D.J.]*

Patrick F. Lennon  Charles E. Murphy  Kevin J. Lennon  Nancy R. Siegel  Anne C. LeVasseur  Coleen A. McEvoy